United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 22-12527-pmm
LeeAnn M. Myers  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4 | User: admin | Page 1 of 3
Date Rcvd: Sep 30, 2022 | Form ID: 152 | Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | LeeAnn M. Myers, 1702 St. Paul Circle, Lancaster, PA 17603-6775 |
| 14722821 | + | City of Lancaster, 20 North Duke Street, P O Box 1599, Lancaster, PA 17608-1599 |
| 14722832 | + | Lancaster Township Trash, 1240 Maple Avenue, Lancaster, PA 17603-4856 |
| 14722833 | + | Lendmark Financial Ser, 2054 Fruitville Pike, Lancaster, PA 17601-3918 |
| 14722837 | + | PPL Electric Utilities, 2 N. 9th Street CPC-GENN1, Allentown, PA 18101-1179 |
| 14722836 | + | Pennsylvania Department of Revenue, P O Box 281061, Harrisburg, PA 17128-1061 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Oct 01 2022 00:16:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 01 2022 00:16:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Oct 01 2022 00:20:42 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14722822 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 01 2022 00:16:00 | Comenity Bank/Bon Ton, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14722823 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 01 2022 00:16:00 | Comenity Bank/Torrid, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14722824 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 01 2022 00:16:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14722825 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 01 2022 00:16:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14722826 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 01 2022 00:20:35 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14722828 | | Email/Text: BNSFS@capitalsvcs.com | Oct 01 2022 00:16:00 | First Savings Bank, Attn: Bankruptcy, P.O. Box 5019, Sioux Falls, SD 57117 |
| 14722827 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Oct 01 2022 00:20:41 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14722829 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Oct 01 2022 00:20:41 | Housing and Urban Development, 451 7th Street, SW, Washington, DC 20410-0002 |
| 14722830 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 01 2022 00:16:00 | Internal Revenue Service, Centralized Insolvency Operation, P O Box 7346, Philadelphia, PA 19101-7346 |

Case 22-12527-pmm   Doc 16   Filed 10/02/22   Entered 10/03/22 00:33:08   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 30, 2022 | Form ID: 152 | Total Noticed: 31 |

| | | | | |
|---|---|---|---|---|
| 14724124 | | Email/Text: ktramble@lendmarkfinancial.com | Oct 01 2022 00:16:00 | Lendmark Financial Services, LLC, 2118 Usher Street, Covington, GA 30014 |
| 14724312 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 01 2022 00:20:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14722831 | + | Email/Text: cbunt@lasa.org | Oct 01 2022 00:16:00 | Lancaster Area Sewer Authority, 130 Centerville Road, Lancaster, PA 17603-4007 |
| 14722834 | | Email/Text: EBN@Mohela.com | Oct 01 2022 00:16:00 | MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 14722835 | + | Email/Text: bnc@nordstrom.com | Oct 01 2022 00:16:36 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 14723510 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 01 2022 00:16:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14724127 | | Email/Text: bnc-quantum@quantum3group.com | Oct 01 2022 00:16:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14724529 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Oct 01 2022 00:20:43 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 14722838 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Oct 01 2022 00:20:43 | Regional Acceptance Corporation, Attn: Bankruptcy, 1424 East Fire Tower Road, Greenville, NC 27858-4105 |
| 14722839 | | Email/Text: bankruptcyteam@quickenloans.com | Oct 01 2022 00:16:00 | Rocket Mortgage, LLC, P O Box 6577, Carol Stream, IL 60197-6577 |
| 14724504 | ^ | MEBN | Oct 01 2022 00:14:41 | Rocket Mortgage, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14723284 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 01 2022 00:20:35 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14722840 | + | Email/Text: bncmail@w-legal.com | Oct 01 2022 00:16:00 | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Oct 02, 2022 | Signature: | /s/Gustava Winters |
|---|---|---|

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 30, 2022 | Form ID: 152 | Total Noticed: 31 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| NICHOLAS G. PLATT | on behalf of Debtor LeeAnn M. Myers ngp@mooney4law.com  plattnr61895@notify.bestcase.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: LeeAnn M. Myers

    Debtor(s)

Case No: 22−12527−pmm

Chapter: 13

_____

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Patricia M. Mayer

, United States Bankruptcy Court 12/15/22 at 10:00 AM , in 201 Penn Street, 4th Floor, Reading, PA 19601

 

For The Court

Timothy B. McGrath
Clerk of Court

14
Form 152