## IN THE UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:   LEEANN M. MYERS | : | CHAPTER 13 |
| | : | |
| | : | Bky. No.: 22-12527-PMM |
| | : | |
| | : | |
| DEBTOR | : | |

# ORDER

**AND NOW**, upon consideration of the Debtor's Motion to Extend the Automatic Stay under 11 U.S.C. §362(c)(3)(B) (the "Motion") and after notice and hearing, and there being no opposition to the Motion;

It is hereby **ORDERED** that:

1. The Motion is **granted**; and

2. The automatic stay is extended with respect to all creditors who were served with the Motion and Notice of the Motion and shall remain in effect unless modified by the court in accordance with 11 U.S.C. §362(d) and Fed. R. Bankr. P. 4001(a).

**Date:** _____

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**