L.B.F. 3015-6B

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: LEEANN M. MYERS** | : | Chapter 13 |
| | : | |
| **Debtor(s)** | : | Bky. No. 22-12527 |

**PRE-CONFIRMATION CERTIFICATION**
**OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE**
**WITH 11 U.S.C. §§ 1325(a)(8) and 1325(a)(9)**

I, Leeann M. Myers, hereby state under penalty of perjury in connection with the confirmation hearing in the above case:

1. I have paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

2. I have filed all applicable federal, state and local tax returns as required by 11 U.S.C. § 1308.

3. If the confirmation hearing is postponed for any reason, and the information herein changes, I will provide an updated Certification to the chapter 13 trustee prior to any subsequent confirmation hearing.

**Date: November 22, 2022**                    **/s/ Nicholas G. Platt, Esquire**