UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    LeeAnn M. Myers<br><br>    Debtor | Chapter 13<br>Bankruptcy No.22-12527-PMM |

### CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 28th day of December, 2022, by first class mail upon those listed below:

LeeAnn M. Myers
1702 St. Paul Circle
Lancaster, PA  17603

**Electronically via CM/ECF System Only:**

NICHOLAS G. PLATT, ESQUIRE
MOONEY LAW
230 YORK STREET
HANOVER, PA  17331

/s/ Kristen Gliem
_____
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee