IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**IN RE:**

| | | |
|---|---|---|
| **LEEANN M. MYERS** | ) | CHAPTER 13 |
| DEBTOR | ) | |
| | ) | CASE NO. 1:22-bk-12527-PPM |
| **ROCKET MORTGAGE, LLC f/k/a** | ) | |
| **QUICKEN LOANS, LLC f/k/a** | ) | |
| **QUICKEN LOANS INC.** | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **LEEANN M. MYERS** | ) | |
| DEBTOR | ) | |
| | ) | |
| **ALEXIS ALFRED MYERS** | ) | |
| CO-DEBTOR | ) | |
| | ) | |
| **SCOTT F. WATERMAN** | ) | |
| TRUSTEE | ) | |

**DEBTOR'S RESPONSE TO ROCKET MORTGAGE, LLC F/K/A QUICKEN LOANS, LLC F/K/A QUICKEN LOAN INC. MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362 AND 1301**

1. Movant, Rocket Mortgage, LLC., f/k/a Quicken Loans, LLC., f/k/a Quicken Loans Inc., filed its Motion for Relief from Stay on January 4, 2023.

2. Debtor acknowledges some mortgage payments are past due.

3. Debtor desires the opportunity to cure any post-petition mortgage arrears and keep her home.

4. Debtor requests the Court deny Movant's Motion for Relief.

**WHERFORE**, Debtor, Leeann M. Myers, prays the Court enter its order denying the

Motion for Relief from the Automatic Stay that was filed January 4, 2023 by Rocket Mortgage,

LLC., f/k/a Quicken Loans, LLC., f/k/a Quicken Loans Inc.

Dated: January 6, 2023                                        /s/Nicholas G. Platt
                                                              Nicholas G. Platt (327239)
                                                              Counsel for Debtor
                                                              Mooney Law
                                                              230 York Street
                                                              Hanover, PA 17331
                                                              ngp@mooney4law.com
                                                              (717) 243-4770 Phone
                                                              (717) 632-3612 Fax