## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  LeeAnn M. Myers | |
| Debtor(s) | CHAPTER 13 |
| | |
| Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc., its successors and/or assigns | |
| Movant | |
| vs. | NO. 22-12527 PMM |
| | |
| LeeAnn M. Myers | |
| Debtor(s) | |
| | |
| Scott F. Waterman | |
| Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc., which was filed with the Court on or about **October 26, 2022. docket number 22**.

Dated: February 16, 2023

Respectfully submitted,

/s/Brian C. Nicholas
Brian C. Nicholas, Esq.
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
Phone: (215)-627-1322
bnicholas@kmllawgroup.com