United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
LeeAnn M. Myers  
    Debtor

Case No. 22-12527-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3  
Date Rcvd: Feb 17, 2023      Form ID: pdf900      Total Noticed: 36

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | LeeAnn M. Myers, 1702 St. Paul Circle, Lancaster, PA 17603-6775 |
| 14722821 | + | City of Lancaster, 20 North Duke Street, P O Box 1599, Lancaster, PA 17608-1599 |
| 14722832 | + | Lancaster Township Trash, 1240 Maple Avenue, Lancaster, PA 17603-4856 |
| 14722833 | + | Lendmark Financial Ser, 2054 Fruitville Pike, Lancaster, PA 17601-3918 |
| 14722837 | + | PPL Electric Utilities, 2 N. 9th Street CPC-GENN1, Allentown, PA 18101-1179 |
| 14722836 | + | Pennsylvania Department of Revenue, P O Box 281061, Harrisburg, PA 17128-1061 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Feb 18 2023 00:10:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 18 2023 00:10:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Feb 18 2023 00:11:48 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14722822 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 18 2023 00:10:00 | Comenity Bank/Bon Ton, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14722823 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 18 2023 00:10:00 | Comenity Bank/Torrid, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14722824 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 18 2023 00:10:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14722825 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 18 2023 00:10:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14722826 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 18 2023 00:22:05 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14722828 | | Email/Text: BNSFS@capitalsvcs.com | Feb 18 2023 00:10:00 | First Savings Bank, Attn: Bankruptcy, P.O. Box 5019, Sioux Falls, SD 57117 |
| 14722827 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 18 2023 00:11:42 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14722829 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Feb 18 2023 00:22:05 | Housing and Urban Development, 451 7th Street, SW, Washington, DC 20410-0002 |
| 14722830 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 18 2023 00:10:00 | Internal Revenue Service, Centralized Insolvency Operation, P O Box 7346, Philadelphia, PA 19101-7346 |
| 14724124 | | Email/Text: ktramble@lendmarkfinancial.com | Feb 18 2023 00:10:00 | Lendmark Financial Services, LLC, 2118 Usher |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14724312 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 18 2023 00:22:10 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14722831 | + | Email/Text: cbunt@lasa.org | Feb 18 2023 00:10:00 | Lancaster Area Sewer Authority, 130 Centerville Road, Lancaster, PA 17603-4007 |
| 14725878 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 18 2023 00:22:06 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14722834 | | Email/Text: EBN@Mohela.com | Feb 18 2023 00:10:00 | MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 14731179 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 18 2023 00:10:00 | NORDSTROM, INC., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14722835 | + | Email/Text: bnc@nordstrom.com | Feb 18 2023 00:10:40 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 14723510 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 18 2023 00:10:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14724127 | | Email/Text: bnc-quantum@quantum3group.com | Feb 18 2023 00:10:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14736847 | | Email/Text: bnc-quantum@quantum3group.com | Feb 18 2023 00:10:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14734277 | | Email/Text: bnc-quantum@quantum3group.com | Feb 18 2023 00:10:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14724529 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Feb 18 2023 00:22:08 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 14722838 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Feb 18 2023 00:22:08 | Regional Acceptance Corporation, Attn: Bankruptcy, 1424 East Fire Tower Road, Greenville, NC 27858-4105 |
| 14722839 | | Email/Text: bankruptcyteam@quickenloans.com | Feb 18 2023 00:10:00 | Rocket Mortgage, LLC, P O Box 6577, Carol Stream, IL 60197-6577 |
| 14724504 | ^ | MEBN | Feb 18 2023 00:09:56 | Rocket Mortgage, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14734335 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 18 2023 00:10:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 14723284 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 18 2023 00:11:48 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14722840 | + | Email/Text: bncmail@w-legal.com | Feb 18 2023 00:10:00 | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |

TOTAL: 30

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 3 of 3 |
| Date Rcvd: Feb 17, 2023 | Form ID: pdf900 | Total Noticed: 36 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2023                              Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2023 at the address(es) listed below:

**Name**                         **Email Address**

BRIAN CRAIG NICHOLAS
                                 on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
                                 on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com

NICHOLAS G. PLATT
                                 on behalf of Debtor LeeAnn M. Myers ngp@mooney4law.com plattnr61895@notify.bestcase.com

SCOTT F. WATERMAN [Chapter 13]
                                 ECFMail@ReadingCh13.com

United States Trustee
                                 USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:  LeeAnn M. Myers, | : | Chapter 13 |
| | : | |
| | : | Case No.  22-12527 (PMM) |
| | : | |
| Debtor. | : | |

**ORDER SETTING DEADLINE FOR FILING OF STIPULATION**

**AND NOW**, upon consideration of the Motion for Relief from Stay (doc. #27, the "Motion"), seeking relief pursuant to 11 U.S.C. §362 and the Response filed thereto (doc. #29);

**AND**, the parties having reported the matter settled with a stipulation memorializing the settlement agreement to be filed with the Court within thirty (30) days ("the Stipulation");

It is hereby **ORDERED** that:

1. On or before **March 20, 2023**, the parties shall either file the Stipulation or file a notice relisting the Motion for hearing.

2. Failure to comply timely with Paragraph 1 above, may result in denial of the Motion without further notice or hearing.

Date: 2/17/23

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE