**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LeeAnn M. Myers <br> <u>Debtor(s)</u> | CHAPTER 13 |
| Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. <br> <u>Movant</u> <br> vs. | NO. 22-12527 PMM |
| LeeAnn M. Myers <br> <u>Debtor(s)</u> <br><br> Scott F. Waterman <br> <u>Trustee</u> | <u>11 U.S.C. Section 362</u> |

**ORDER**

AND NOW, this __6th__ day of __March__, 2023 at Reading, upon confirmation of this Stipulation is it ORDERED AND DECREED:

The Court grants approval of the Stipulation executed by all parties. However, the court retains discretion regarding entry of any further order.

*Patricia M. Mayer*
_____
United States Bankruptcy Judge