United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
LeeAnn M. Myers  
    Debtor

Case No. 22-12527-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3  
Date Rcvd: Mar 09, 2023      Form ID: 155      Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | LeeAnn M. Myers, 1702 St. Paul Circle, Lancaster, PA 17603-6775 |
| 14722821 | + | City of Lancaster, 20 North Duke Street, P O Box 1599, Lancaster, PA 17608-1599 |
| 14722832 | + | Lancaster Township Trash, 1240 Maple Avenue, Lancaster, PA 17603-4856 |
| 14722833 | + | Lendmark Financial Ser, 2054 Fruitville Pike, Lancaster, PA 17601-3918 |
| 14722837 | + | PPL Electric Utilities, 2 N. 9th Street CPC-GENN1, Allentown, PA 18101-1179 |
| 14722836 | + | Pennsylvania Department of Revenue, P O Box 281061, Harrisburg, PA 17128-1061 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14722822 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 09 2023 23:53:00 | Comenity Bank/Bon Ton, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14722823 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 09 2023 23:53:00 | Comenity Bank/Torrid, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14722824 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 09 2023 23:53:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14722825 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 09 2023 23:53:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14722826 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 10 2023 00:04:51 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14722828 | | Email/Text: BNSFS@capitalsvcs.com | Mar 09 2023 23:53:00 | First Savings Bank, Attn: Bankruptcy, P.O. Box 5019, Sioux Falls, SD 57117 |
| 14722827 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 10 2023 00:04:50 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14722829 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Mar 10 2023 00:04:38 | Housing and Urban Development, 451 7th Street, SW, Washington, DC 20410-0002 |
| 14722830 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 09 2023 23:53:00 | Internal Revenue Service, Centralized Insolvency Operation, P O Box 7346, Philadelphia, PA 19101-7346 |
| 14724124 | | Email/Text: ktramble@lendmarkfinancial.com | Mar 09 2023 23:53:00 | Lendmark Financial Services, LLC, 2118 Usher Street, Covington, GA 30014 |
| 14724312 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 10 2023 00:04:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14722831 | + | Email/Text: cbunt@lasa.org | Mar 09 2023 23:53:00 | Lancaster Area Sewer Authority, 130 Centerville Road, Lancaster, PA 17603-4007 |
| 14725878 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 10 2023 00:04:44 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14722834 | | Email/Text: EBN@Mohela.com | | |

Case 22-12527-pmm   Doc 49   Filed 03/11/23   Entered 03/12/23 00:29:20   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 09, 2023 | Form ID: 155 | Total Noticed: 33 |

| | | | | |
|---|---|---|---|---|
| | | | Mar 09 2023 23:53:00 | MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 14731179 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 09 2023 23:53:00 | NORDSTROM, INC., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14722835 | + | Email/Text: bnc@nordstrom.com | Mar 09 2023 23:53:30 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 14723510 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 09 2023 23:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14724127 | | Email/Text: bnc-quantum@quantum3group.com | Mar 09 2023 23:53:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14736847 | | Email/Text: bnc-quantum@quantum3group.com | Mar 09 2023 23:53:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14734277 | | Email/Text: bnc-quantum@quantum3group.com | Mar 09 2023 23:53:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14724529 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Mar 10 2023 00:04:38 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 14722838 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Mar 10 2023 00:04:38 | Regional Acceptance Corporation, Attn: Bankruptcy, 1424 East Fire Tower Road, Greenville, NC 27858-4105 |
| 14722839 | | Email/Text: bankruptcyteam@quickenloans.com | Mar 09 2023 23:53:00 | Rocket Mortgage, LLC, P O Box 6577, Carol Stream, IL 60197-6577 |
| 14724504 | ^ | MEBN | Mar 09 2023 23:51:41 | Rocket Mortgage, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14734335 | + | Email/Text: bankruptcyteam@quickenloans.com | Mar 09 2023 23:53:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 14723284 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 10 2023 00:04:43 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14722840 | + | Email/Text: bncmail@w-legal.com | Mar 09 2023 23:53:00 | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |

TOTAL: 27

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2023          Signature:     /s/Gustava Winters

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 09, 2023 | Form ID: 155 | Total Noticed: 33 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2023 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com |
| NICHOLAS G. PLATT | on behalf of Debtor LeeAnn M. Myers ngp@mooney4law.com plattnr61895@notify.bestcase.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: LeeAnn M. Myers
    Debtor(s)

Chapter: 13

Bankruptcy No: 22−12527−pmm

___

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this March 9, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Patricia M. Mayer
Judge ,
United States Bankruptcy Court

48
Form 155