| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 22-12527-PMM

LeeAnn M. Myers  
1702 St. Paul Circle  
Lancaster  PA    17603

Petition Filed Date: 09/21/2022  
341 Hearing Date: 10/25/2022  
Confirmation Date: 03/09/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 12/02/2022 | $550.00 | | 02/21/2023 | $550.00 | | 03/14/2023 | $550.00 | |
| 03/30/2023 | $550.00 | | 06/28/2023 | $550.00 | | | | |

**Total Receipts for the Period: $2,750.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $2,750.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01P | Priority Crediors | $3,074.71 | $0.00 | $3,074.71 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 01U | Unsecured Creditors | $520.33 | $0.00 | $520.33 |
| 0 | NICHOLAS G. PLATT, ESQUIRE | Attorney Fees | $4,156.00 | $2,524.50 | $1,631.50 |
| 3 | LENDMARK FINANCIAL SERVICES LLC<br>»» 002 | Unsecured Creditors | $3,647.85 | $0.00 | $3,647.85 |
| 4 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 003 | Unsecured Creditors | $552.72 | $0.00 | $552.72 |
| 5 | LVNV FUNDING LLC<br>»» 004 | Unsecured Creditors | $1,993.42 | $0.00 | $1,993.42 |
| 6 | REGIONAL ACCEPTANCE CORP<br>»» 005 | Unsecured Creditors | $16,035.31 | $0.00 | $16,035.31 |
| 7 | MERRICK BANK<br>»» 006 | Unsecured Creditors | $796.71 | $0.00 | $796.71 |
| 8 | UNITED STATES TREASURY (IRS)<br>»» 07P | Priority Crediors | $11,996.79 | $0.00 | $11,996.79 |
| 9 | UNITED STATES TREASURY (IRS)<br>»» 07U | Unsecured Creditors | $2,011.55 | $0.00 | $2,011.55 |
| 10 | LVNV FUNDING LLC<br>»» 008 | Unsecured Creditors | $941.48 | $0.00 | $941.48 |
| 11 | LANCASTER AREA SEWER AUTHORITY<br>»» 009 | Secured Creditors | $3,523.14 | $0.00 | $3,523.14 |
| 12 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 010 | Unsecured Creditors | $1,944.73 | $0.00 | $1,944.73 |
| 13 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 011 | Unsecured Creditors | $933.27 | $0.00 | $933.27 |
| 14 | ROCKET MORTGAGE LLC<br>»» 012 | Mortgage Arrears | $5,809.75 | $0.00 | $5,809.75 |
| 15 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 013 | Unsecured Creditors | $716.15 | $0.00 | $716.15 |

**Chapter 13 Case No. 22-12527-PMM**

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $2,750.00 | Current Monthly Payment: | $608.00 |
| Paid to Claims: | $2,524.50 | Arrearages: | $1,448.00 |
| Paid to Trustee: | $225.50 | Total Plan Base: | $34,598.00 |
| Funds on Hand: | $0.00 | | |

**<u>NOTES:</u>**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.