Certificate Number: 16339-PAE-DE-038152701

Bankruptcy Case Number: 22-12527



16339-PAE-DE-038152701

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 2, 2024, at 3:01 o'clock PM EST, Leeann Myers completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   February 2, 2024         By:   /s/Kelley Tipton

                                 Name: Kelley Tipton

                                 Title: Certified Financial Counselor