IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
    LeeAnn M. Myers                   :Chapter 7

                    Debtor            :Bankruptcy No. 22-12527- PMM

**STIPULATION TO EXTEND TIME TO FILE TRUSTEE'S COMPLAINT OBJECTING TO DISCHARGE AND TIME TO MOVE FOR DISMISSAL (OR CONVERSION)**

    AND NOW, this 8th of February, 2024, it is hereby agreed and stipulated between the Trustee, Robert H. Holber, Esquire, Chapter 7 Trustee, and Counsel, Nicholas G. Platt, Esquire, as follows:

    1. The current deadline for Trustee to file a Complaint Objecting to Discharge and Time to Move for Dismissal (or Conversion) is February 12, 2024.

    2. The parties hereby agree, that the Trustee, and any party in interest including the U.S. Trustee shall have until April 8, 2024 to file a Complaint Objecting to Discharge and/or filing a Motion to Dismiss (or Convert) pursuant to 11 U.S.C. Section 707(b). Debtor's attorney certifies that he ~~has specific~~ authority from the Debtor to enter into this Stipulation.

_____
Robert H. Holber
Chapter 7 Trustee

_____
Nicholas G. Platt, Esquire
Counsel for Debtor

ORDER

    AND NOW, this 14th day of February, 2024, IT IS HEREBY ORDERED that the above Stipulation be approved and made an Oder of this Court with full force and effect thereof.

**Date: February 14, 2024**

_____
Patricia M. Mayer
United States Bankruptcy Judge