United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
LeeAnn M. Myers  
    Debtor

Case No. 22-12527-pmm  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3  
Date Rcvd: Apr 12, 2024      Form ID: 318      Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | LeeAnn M. Myers, 1702 St. Paul Circle, Lancaster, PA 17603-6775 |
| 14722821 | + | City of Lancaster, 20 North Duke Street, P O Box 1599, Lancaster, PA 17608-1599 |
| 14722832 | + | Lancaster Township Trash, 1240 Maple Avenue, Lancaster, PA 17603-4856 |
| 14722833 | + | Lendmark Financial Ser, 2054 Fruitville Pike, Lancaster, PA 17601-3918 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QRHHOLBER.COM | Apr 13 2024 04:09:00 | ROBERT H. HOLBER, Robert H. Holber PC, 41 East Front Street, Media, PA 19063-2911 |
| smg | + | Email/Text: taxclaim@countyofberks.com | Apr 13 2024 00:12:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 13 2024 00:12:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14722822 | + | EDI: WFNNB.COM | Apr 13 2024 04:09:00 | Comenity Bank/Bon Ton, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14722823 | + | EDI: WFNNB.COM | Apr 13 2024 04:09:00 | Comenity Bank/Torrid, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14722824 | + | EDI: WFNNB.COM | Apr 13 2024 04:09:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14722825 | + | EDI: WFNNB.COM | Apr 13 2024 04:09:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14722826 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 13 2024 00:19:06 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14722828 | | Email/Text: BNSFS@capitalsvcs.com | Apr 13 2024 00:12:00 | First Savings Bank, Attn: Bankruptcy, P.O. Box 5019, Sioux Falls, SD 57117 |
| 14722827 | + | EDI: AMINFOFP.COM | Apr 13 2024 04:09:00 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14722829 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Apr 13 2024 00:18:53 | Housing and Urban Development, 451 7th Street, SW, Washington, DC 20410-0002 |
| 14722830 | | EDI: IRS.COM | Apr 13 2024 04:09:00 | Internal Revenue Service, Centralized Insolvency Operation, P O Box 7346, Philadelphia, PA 19101-7346 |
| 14724124 | | Email/Text: bk@lendmarkfinancial.com | Apr 13 2024 00:12:00 | Lendmark Financial Services, LLC, 2118 Usher Street, Covington, GA 30014 |
| 14724312 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 13 2024 00:19:01 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14722831 | + | Email/Text: cbunt@lasa.org | Apr 13 2024 00:12:00 | Lancaster Area Sewer Authority, 130 Centerville Road, Lancaster, PA 17603-4007 |
| 14725878 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 13 2024 00:18:54 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14722834 | | Email/Text: EBN@Mohela.com | Apr 13 2024 00:12:00 | MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 14731179 | + | EDI: JEFFERSONCAP.COM | Apr 13 2024 04:09:00 | NORDSTROM, INC., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14722835 | + | Email/Text: bnc@nordstrom.com | Apr 13 2024 00:12:59 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 14722837 | ^ | MEBN | Apr 13 2024 00:09:57 | PPL Electric Utilities, 2 N. 9th Street CPC-GENN1, Allentown, PA 18101-1179 |
| 14722836 | + | EDI: PENNDEPTREV | Apr 13 2024 04:09:00 | Pennsylvania Department of Revenue, P O Box 281061, Harrisburg, PA 17128-1061 |
| 14722836 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 13 2024 00:12:00 | Pennsylvania Department of Revenue, P O Box 281061, Harrisburg, PA 17128-1061 |
| 14723510 | | EDI: PENNDEPTREV | Apr 13 2024 04:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14723510 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 13 2024 00:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14724127 | | EDI: Q3G.COM | Apr 13 2024 04:09:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14736847 | | EDI: Q3G.COM | Apr 13 2024 04:09:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14734277 | | EDI: Q3G.COM | Apr 13 2024 04:09:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14724529 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Apr 13 2024 00:19:06 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 14722838 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Apr 13 2024 00:19:06 | Regional Acceptance Corporation, Attn: Bankruptcy, 1424 East Fire Tower Road, Greenville, NC 27858-4105 |
| 14722839 | | Email/Text: bankruptcyteam@quickenloans.com | Apr 13 2024 00:12:00 | Rocket Mortgage, LLC, P O Box 6577, Carol Stream, IL 60197-6577 |
| 14734335 | + | Email/Text: bankruptcyteam@quickenloans.com | Apr 13 2024 00:12:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 14722840 | + | EDI: WTRRNBANK.COM | Apr 13 2024 04:09:00 | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |

TOTAL: 32

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | ROBERT H. HOLBER, Robert H. Holber PC, 41 East Front Street, Media, PA 19063-2911 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2024           Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| DENISE ELIZABETH CARLON | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. mfarrington@kmllawgroup.com |
| NICHOLAS G. PLATT | on behalf of Debtor LeeAnn M. Myers ngp@mooney4law.com plattnr61895@notify.bestcase.com |
| ROBERT H. HOLBER | trustee@holber.com rholber@ecf.axosfs.com |
| ROBERT H. HOLBER | on behalf of Trustee ROBERT H. HOLBER trustee@holber.com rholber@ecf.axosfs.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **LeeAnn M. Myers** <br> First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–9407 <br> EIN  __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  ____ <br> EIN  __–_____ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 22–12527–pmm | |

# Order of Discharge    12/15

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

LeeAnn M. Myers

4/12/24                                             **By the court:** <u>Patricia M. Mayer</u>
                                                                                    United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**